IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Criminal Action No. 13-cr-00166-RBJ

UNITED STATES OF AMERICA,

v.

1. PEDRO MEDINA-MEJIA
2. JOSE ARMANDO MEDINA
   a/k/a "Steven Arredando," and
3. JULIO GOMEZ-FERNANDEZ,

Defendants.

## ORDER GRANTING GOVERNMENT'S MOTION FOR AN
## ORDER PERMITTING DISCLOSURE OF GRAND JURY MATERIALS

THE COURT has reviewed the Motion by the United States to Disclose Grand Jury Materials in the above-captioned case. Federal Rule of Criminal Procedure 6(e)(3)(F) provides that the Government may file this motion requesting disclosure *ex parte*. As grounds therefor, the Government has stated:

The Government has obtained testimony from one or more persons who may be called as trial witnesses. Early disclosure of this material may assist the defendants in preparing for trial.

Disclosure of pertinent portions of the Grand Jury transcript may be in the best interests of justice. In the course of preparation for trial and during the conduct of certain pretrial matters and at trial it may be appropriate to disclose to the defense portions of the Grand Jury transcript pertaining to certain witnesses for the limited purpose of preparing for and conducting trial. *See* 18 U.S.C. §3500 and Federal Rule of Criminal Procedure 26.2, 16, 6(e)(3)(E)(I) and (e)(3)(F).

BEING now advised in the premises, the Court Finds, Concludes, and Orders the following:

The United States Attorney's Office may disclose to the defense pertinent portions of the transcript of a witness' testimony before the Grand Jury in the above-captioned case after it has been determined by the Government that such witness will be called to testify. The defense attorneys are to maintain control over this material, keeping these in his or her confidential files and under the control of his or her confidential employees. The Court's Order here today permits pretrial disclosure of pertinent portions of the Grand Jury transcript pursuant to 18 U.S.C. §3500 and Federal Rules of Criminal Procedure 26.2 and 16.

The Grand Jury material so disclosed is to be used for the purposes of the above captioned case, to include any appeals taken therefrom, and for no other purpose until further order of this Court. The United States Attorney's Office is directed to enclose a copy of this Order with any Grand Jury material disclosed pursuant to this Order.

DATED this 20th day of August, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge