IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action: 13-cr-00166-RBJ | Date: January 23, 2015 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Darlene Martinez |
| Interpreter: Cathy Bahr | Probation: Kyla Hamilton |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | James R. Boma |
| v. | |
| 1. PEDRO MEDINA-MEJIA<br>**Defendant(s)** | Brian R. Leedy |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   8:30 a.m.

Interpreter sworn.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   [131] Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) is **GRANTED.**

[132] Motion to Dismiss Counts Three and Five of the Superseding Indictment With Prejudice as to This Defendant Only at the Conclusion of His Sentencing Hearing is **GRANTED.**

> [139] Motion for a Variant Sentence of 5 Years Imprisonment is **GRANTED IN PART.**
>
> [140] Objections to the presentence report are granted in part and denied in part as stated on the record.
>
> Defendant shall be **imprisoned** for **72 months** as to Counts One and Two of the Indictment, to be served concurrently, no term of supervised release, no fine is imposed.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case, 652 days.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Victorville, California.

**ORDERED:**  Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment) as to each count, to be paid immediately.

>
> Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days of entry of judgment.
>
> Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:**  9:36 a.m.            Hearing concluded.            Total time:     01:06